# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Evalia Deleon<br>xxx–xx–0660<br>18332 Locust Street<br>Lansing, IL 60438 | )<br>)<br>)<br>) Case Number: 14–22649–jpk<br>)<br>) Chapter: 7 |

## NOTICE OF DOCKET ENTRY

On November 13, 2014 , the following entry was made on the docket in this case:

Docket Entry: Hearing held on 11/7/14 RE:(related document(s)13]Opposition Brief/Memo filed by Evalia Deleon to 9Motion to Transfer Case (Inter–District) filed by Daniel L. Freeland. APPEARANCES: Atty. Petersen on behalf Debtor and Atty. Freeland on behalf of Trustee. Atty. Petersen acknowledges on the record that the debtor does not satisfy the requirements of 28 U.S.C. §1408(1) for initial venue of this case in the U.S. Bankruptcy Court for the Northern District of Indiana. It is ORDERED that the record #9 motion is GRANTED. The clerk shall transfer this Chapter 7 case to the U.S. Bankruptcy Court for the Northern District of Illinois, pursuant to Fed. R. Bank. P. 1014(a)(2). (pg)

Christopher M. DeToro
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320

Document No. 18 – 9, 13
